UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DON A. BESKRONE,

                              Plaintiff,

        -v-

KENNETH A. BERLIN ET AL,

                             Defendants.

21 Civ. 4803 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received plaintiff's motion for leave to file a second amended complaint. *See* Dkts. 51–53. Defendants' response is due February 11, 2022.

    SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: February 10, 2022
        New York, New York