UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DON A. BESKRONE,

                Plaintiff,

    -against-                                      21 **CIVIL** 4803 (PAE)

## JUDGMENT

KENNETH A. BERLIN et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 15, 2023, the Court has granted the motion on Rule 12(b)(2) grounds, finding that it lacks personal jurisdiction over defendants for the claims brought here. The Court has dismissed all claims in the SAC for want of personal jurisdiction. This ruling is without prejudice to these claims being pursued in another forum; accordingly, the case is closed.

**Dated:**  New York, New York

      February 15, 2023

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                              **BY:**      *K. Mango*

                                                        **Deputy Clerk**